**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 26-cv-26085-EA**

**Miguel Antonio Amaya Amaya**,

Petitioner,

v.

**Warden, Krome North Service Processing Center, *et al.*,**

Respondents.
_______________________________________/

# ORDER TO RESPOND

This cause comes before the Court on a *sua sponte* review of the record. The Court takes no position on the merits of the Petition or claims contained therein. However, to permit proper consideration of the Petition, the Court hereby **ORDERS AND ADJUDGES** as follows:

1. The parties **shall** brief the Court's subject matter jurisdiction under 8 U.S.C. §§ 1252(b)(9) and/or (g) **and**, in the alternative, the merits of the Petition.

2. Respondents shall have **30 days** from the issuance of this Order to file a Response to the Petition. The Response **shall** (1) clearly outline Petitioner's path through the immigration proceedings up to Respondent's filing date; (2) specify whether Petitioner is subject to a final order of removal and, if Petitioner *is* subject to a final order of removal, the date on which the final order was entered, and (3) all relevant documents and transcripts, either in support of those facts or necessary for the resolution of this matter.

3. Petitioner may, but need not, file a Reply to the Response. If Petitioner elects to file a Reply, it shall be due **within 15 days** of the date on which the Response is filed and shall

not exceed 10 pages. *See* S.D. Fla. L.R. 7.1(c)(2). The Court will not consider an untimely Reply. *See* Rules 1(b), 5(e), Rules Governing Section 2254 Cases in the United States District Courts.

4. Petitioner is required to keep the Court apprised on his location during the pendency of this action by filing a Notice of Change of Address with the Court within **seven (7) days** of any transfer. The notice must include **only** Petitioner's name, the case number, and his updated address. Petitioner's failure to timely report an updated address may result in dismissal of this case without prejudice for failure to comply with court orders.

5. **Nothing in this Order should be construed as a comment on the ultimate merits of the Petition or the claims contained therein**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 1st day of October 2026.

**ED ARTAU**
**UNITED STATES DISTRICT JUDGE**

Copies Served:

**Miguel Antonio Amaya Amaya, *pro se***
A# 235456321
Krome North Service Processing Center
Inmate Mail/Parcels
18201 SW 12th Street
Miami, FL 33194

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov